UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RICO BERNAL, | CASE NO. 1:14-cv-00733-SKO |
| Plaintiff, | ORDER APPROVING PARTIES' STIPULATED REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Due to difficulties downloading the administrative record, the parties stipulated to an extension of time until December 31, 2014, for Plaintiff to serve his confidential brief. On December 31, 2014, Plaintiff filed a certificate of service showing that the confidential brief had been served on that date. Accordingly, the parties' stipulated request for an extension of time is GRANTED.

IT IS SO ORDERED.

Dated: **January 7, 2015**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE