# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA BERNAL, | CASE NO. 1:14-cv-00733-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PARTIES' STIPULATED REQUEST FOR AN EXTENSION OF TIME** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | **(Doc. 15)** |
| _____/ | |

On January 26, 2015, Defendant filed a stipulated request seeking an extension of time until February 27, 2015, to serve her confidential letter brief on Plaintiff. Defendant states she requires additional time to review the issues raised in Plaintiff's confidential letter brief.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant's request for a 30-day extension of time to serve her confidential letter brief on Plaintiff is GRANTED;

2. Defendant shall serve her confidential letter brief on Plaintiff by no later than February 27, 2015; and

3. By no later than April 2, 2015, the parties shall file a stipulated request for remand **or** Plaintiff shall file her opening brief if no agreement to remand is reached.

IT IS SO ORDERED.

Dated: **January 30, 2015**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

1