# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IRMA RICO BERNAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00733-SKO<br><br>**ORDER OF REMAND**<br><br>**(Doc. 16)** |

　　Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS HEREBY ORDERED** that:

　　1.　The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand; and

　　2.　The Clerk of Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

Dated:　**March 19, 2015**　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE